**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JOHANNE SAINT-FLEUR,

                Plaintiff,

-against-                              23 **CIVIL 4908** (PGG)

## JUDGMENT

JPMORGAN CHASE BANK, N.A.,

                Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 26, 2024, Plaintiff's claims against Defendant are dismissed for failure to prosecute; accordingly, this case is closed.

**Dated:** New York, New York

        June 26, 2024

                                              **DANIEL ORTIZ**
                                              Acting Clerk of Court

                    **BY:**

                                                **Deputy Clerk**